UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., <br><br>                            Plaintiff, <br>    v. <br>PAUL D. NATTO, et al. <br><br>                            Defendants. | Case No. 2:14-cv-00933-GMN-PAL <br><br> ORDER |

This matter is before the court on Defendant Real Time Resolutions, Inc.'s ("Real Time") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed (Dkt. #1) June 13, 2014. Real Time filed a Motion to Deposit Funds (Dkt. #21) July 21, 2014.

LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Real Time has failed to comply. Accordingly,

**IT IS ORDERED** Defendant Real Time shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 12, 2014.** Failure

/ / /

/ / /

1  to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 29th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE