TAMARA W. ASHFORD
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484

Of Counsel:
DANIEL BOGDEN
United States Attorney
District of Nevada

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> PAUL D. NATTO, an individual; KAREN M. NATTO, an individual; REAL TIME RESOLUTIONS, INC., a Texas corporation authorized to do business in Nevada as a foreign corporation; STAWBERRY FIELDS HOMEOWNERS ASSOCIATION, a Nevada business organization form unknown; LEGACY VILLAGE PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation; CITY OF HENDERSON, a Nevada public entity; BANK OF AMERICA, N.A., a national association and federally chartered bank, as successor by merger to BAC Home Loans Servicing, LP (fka Countrywide Home Loans Servicing LP); RECONTRUST COMPANY, N.A., a national association, as trustee for Mortgage Electronic Registration Systems, Inc.; UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE) a public entity; and DOES 1-50, inclusive; <br><br> Defendants. | Civil No. 2:14-cv-00933 GMN-PAL <br><br> UNITED STATES' DISCLAIMER OF INTEREST IN INTERPLEAD FUND, REQUEST FOR DISMISSAL AS A PARTY TO THIS ACTION, <br><br> **AND ORDER** |

The United States of America, by and through its undersigned counsel, sets forth the following:

1. Plaintiff brought this suit to interplead excess proceeds from the sale of real property located at

68 Magical Mystery Lane, Henderson, NV, pursuant to a non-judicial trustee's sale and to determine the respective claims to the excess proceeds.

2. As set forth in the United States' Answer and Claim (Doc. #10), a Notice of Federal Tax Lien was recorded with the Clark County Recorder against Defendants Paul D. Natto and Karen M. Natto for federal income tax liabilities for the year 2009 on September 8, 2011.

3. The United States disclaims any interest in the interplead excess proceeds pursuant to the Notice of Federal Tax Lien set forth in paragraph 2, above.

4. Based on the forgoing disclaimer of interest, the United States respectfully requests that it be dismissed as a party from this action.

Respectfully submitted this 21st day of September, 2014.

                      TAMARA W. ASHFORD
                      Acting Assistant Attorney General

                      */s/ Virginia Cronan Lowe*
                      VIRGINIA CRONAN LOWE
                      Trial Attorney, Tax Division
                      U.S. Department of Justice

                      Of Counsel:
                      DANIEL BOGDEN
                      United States Attorney

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 10/21/2014**